FILED

*fee paid*
*IFS*
*60 days Summons*

1  Name: Christopher Oji Darkim
2  Address: Sui Juris, Indesse In Propia Persona
   1055 N Vignes St General Delivery
3  Los Angeles CA 90012
4  Phone: 424 653 6258
5  Plaintiff In Pro Per

2012 AUG -8 PM 4:36

CLERK US DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Christopher Oji Darkim,

PLAINTIFF,

vs.

Janet Napolitano, Individually and in her official capacity as executive representative of the department of homeland security

DEFENDANT(S).

Case No.: CV12-6845 SVW (SHx)
(To be supplied by the Clerk)

COMPLAINT FOR:

Trespass on Fundamental Rights Permanent Injunction to enjoin Trespass on Fundamental Rights

Jury Trial Demanded: ☐ Yes  ☒ No

Three Judge Court Requested

## I. JURISDICTION

1. This Court has jurisdiction under Article III of the Constitution For the United States of America

## II. VENUE

2. Venue is proper pursuant to _Article II of the Constitution for the United States of America_

## III. PARTIES

3. Plaintiff's name is _Christopher Oji Parkins_. Plaintiff ~~resides at~~ is Domiciled and a natural born inhabitant of the State of California. Plaintiff's current domicile is located within ~~the~~ Los Angeles County.

4. Defendant _Janet Napolitano individually and in her official capacity as the Executive representative of the Department of Homeland Security. Defendant is citizen of the United States residing in the District of Columbia by operation of Law._

5. Defendant _____

1  ___. Defendant _____
2  *Insert ¶#*
3  _____
4  _____
5  _____
6  _____
7
8  ___. Defendant _____
9  *Insert ¶#*
10 _____
11 _____
12 _____
13 _____
14
15 ___. Defendant _____
16 *Insert ¶#*
17 _____
18 _____
19 _____
20 _____
21
22 ___. Defendant _____
23 *Insert ¶#*
24 _____
25 _____
26 _____
27 _____
28

*Page Number*

3

Christopher Oji Darkins, Sui Juris In Esse, In Propia Persona
1055 N Vignes Street
General Delivery
Los Angeles, CA 90012
424.653.6258
cdarkins@cicaponline.com

8. The threatened harm to be enjoined is threatened to be imposed in one of the several States of the Union.

9. Defendant is a public Official operating under the color of law performing a ministerial function for the United States pursuant to the authority delegated by the Constitution for the United States of America to the legislative and executive branch of government.

10. Defendant is a United States citizen and resident of the District of Columbia by operation of law.

11. This Motion addresses the trespass of constitutionally protected rights without the constitutionally delegated authority of the Defendants by the Constitution for the United States and the Laws of the United States.

12. This Honorable Court has jurisdiction under Article III of the Constitution for the United States.

## Statement of Facts
~~FACTUAL ALLEGATIONS~~

1. Plaintiffs factual allegations taking place on the Twenty Eight (28th) day of the Sixth month (June) of the year Two Thousand Eleven (2011) transpired at 2450 E Valencia Road, Tucson, AZ 85706 between the hours of Seven Thirty Post Meridian Pacific Standard Time (7:30 PM PST) and Eleven Thirty Post Meridian Pacific Standard Time (11:30 PM PST).

Christopher Oji Darkins, Sui Juris In Esse, In Propia Persona
1055 N Vignes Street
General Delivery
Los Angeles, CA 90012
424.653.6258
cdarkins@cicaponline.com

2. Plaintiffs Factual Allegations taking place on the Twenty Fifth (25th) day of the Seventh month (July) of the year Two Thousand Twelve (2012) transpired at 2201 Bond Street, Little Rock, AR 72206 between the hours of Nine Thirty Post Meridian Central Standard Time (9:30 PM CST) and Two Thirty Ante Meridian Central Standard Time (2:30 AM CST) on the Twenty Sixth (26th) day of the Seventh month (July) of the year Two Thousand Twelve.

3. Plaintiff alleges that no criminal or civil charges, resulting from the alleged encounters, are currently filed in which the Plaintiff is a Defendant.

4. Plaintiff verbally objected and refused consent to all searches and seizures alleged in this motion.

5. Plaintiff alleges that the agents of the Defendant(s), during both encounters, refused to identify themselves by their christian appellation and family name, threatened use of deadly weapons by suggestively placing their hands on their firearms to force compliance with their commands, and refused to articulate the grounds for restraining Plaintiff's liberty with handcuffs in excess of two hours on both occasions.

6. Plaintiff alleges that the agents of the Defendant, during both encounters, identified themselves as federal agents for the Department of Homeland Security.

7. Plaintiff's personal liberty of movement was trespassed upon on June 28th 2011 by in excess of six (6) persons identifying themselves as agents of the Department of Homeland Security acting under the color of law, statue, ordinance, regulation, or custom.

Christopher Oji Darkins, Sui Juris In Esse, In Propia Persona
1055 N Vignes Street
General Delivery
Los Angeles, CA 90012
424.653.6258
cdarkins@cicaponline.com

8. Plaintiff's personal liberty of movement was trespassed upon on July 25th, 2012 by six (6) persons identifying themselves as agents of the Department of Homeland Security acting under the color of law, statue, ordinance, regulation, or custom.

9. Plaintiffs person was unlawfully seized, on June 28th 2011, by persons identifying themselves as agents of the Department of Homeland Security acting under the color of law, statue, ordinance, regulation, or custom without a Warrant issued upon probable cause, supported by Oath or affirmation particularly describing the place to be searched, and the person or things to be seized.

10. Plaintiffs person was unlawfully seized, on July 25th 2012, by persons identifying themselves as agents of the Department of Homeland Security acting under the color of law, statue, ordinance, regulation, or custom without a Warrant issued upon probable cause, supported by Oath or affirmation particularly describing the place to be searched, and the person or things to be seized.

11. Plaintiffs effects were unlawfully searched, on June 28th 2011, by persons identifying themselves as agents of the Department of Homeland Security acting under the color of law, statue, ordinance, regulation, or custom without a Warrant issued upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

Christopher Oji Darkins, Sui Juris In Esse, In Propia Persona
1055 N Vignes Street
General Delivery
Los Angeles, CA 90012
424.653.6258
cdarkins@cicaponline.com

12. Plaintiffs effects were unlawfully searched, on July 25th 2012, by persons identifying themselves as agents of the Department of Homeland Security acting under the color of law, statue, ordinance, regulation, or custom without a Warrant issued upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

13. Plaintiffs property was unlawfully seized, on June 28th 2011, by persons identifying themselves as agents of the Department of Homeland Security acting under the color of law, statue, ordinance, regulation, or custom without a Warrant issued upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

14. On July 25th 2012 Plaintiff was told, by a person identifying himself as an agents of the Department of Homeland Security that in the near future he would investigate him and personally travel to his domicile and arrest him for possession of property identified by his drug sniffing dog.

15. The planned act complained of is a violation of Plaintiffs Fundamental Right to Life, Liberty and to be secure in his person, house, papers, and effects, against unreasonable searches and seizures.

16. The threatened bodily harm is the continued unconstitutional seizure of the Plaintiffs person and jeopard to life by the threatened use of deadly force.

Christopher Oji Darkins, Sui Juris In Esse, In Propia Persona
1055 N Vignes Street
General Delivery
Los Angeles, CA 90012
424.653.6258
cdarkins@cicaponline.com

17. The threat is imminent because the Defendant(s) and their agents have verbally indicated their intentions and demonstrated a pattern of trespass upon constitutionally protected rights without the delegated authority of their ministerial duties.

18. An action for money damages alone is insufficient to restore Plaintiff to his status quo ante after the threatened harm because Plaintiffs rights to Life, Liberty, and pursuit of happiness is priceless and fundamental.

19. The threatened harm to Plaintiff outweighs any substantial harm to the Defendant because Defendant has no constitutionally delegated authority or right to injure Plaintiff or trespass upon his fundamental rights to Life, Liberty, and the Pursuit of Happiness.

20. There is no substantial public interest that will be contravened by this Honorable Court issuing an injunction favoring this particular Plaintiff.

21. There is a substantial likelihood that Plaintiff will prevail in this action, because the facts obtained on the record by discovery will reveal that Defendant(s) and or his/her agents committed the asserted facts.

22. Janet Napolitano is the Secretary of Homeland Security.

23. A Permanent injunction is necessary to protect Plaintiff from the threatened harm.

WHEREFORE Plaintiff Christopher Oji Darkins moves this Honorable Court to enter an Order enjoining Defendant, Janet Napolitano, Secretary of Homeland Security and her agents from

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( Trespass on right to Liberty )
*insert title of cause of action*

(As against Defendant(s): Janet Napolitano, individually and as executive representative of the Department of Homeland Security)

___. On June 28th 2012 Defendant agents seized the person of the Plaintiff without a Warrant or probable cause between the hours 7:30 PM PST and 11:30 PM PST at 2450 E. Valencia Road, Tucson AZ 85706

___. On July 25th 2012 the Defendants agent seized the person of the Plaintiff without a Warrant or Probable Cause, between the hours 9:30 PM CST and 2:00 AM CST at 2201 Bond Street, Little Rock AR 72206

*Insert ¶#*

Page Number

9

## SECOND CAUSE OF ACTION

(Tresspass on Fundamental Rights protected by the IV amendment to the Constitution for the United States)

(As against Defendant(s): Janet Napolitano individually and as executive Representative of the Department of Homeland Security

___. Defendant agents seized and searched Plaintiff's property against his objection and without a warrant on June 28th 2011

___. Defendant agents seized and searched Plaintiff's property against his objection and without a warrant on July 25 2012

Insert ¶ #

Page Number

10

## THIRD CAUSE OF ACTION

( _Jeopardy of Life_ )
insert title of cause of action

(As against Defendant(s): Janet Napolitano individually and as executive Department of the Dept of Homeland Security)

Insert ¶ # On June 28 2011 and July 25 2012 agents of the defendants threatened the use of deadly force in furtherance of their efforts to trespass on Plaintiff rights to Life Liberty and the pursuit of happiness.

Insert ¶ #

Insert ¶ #

Page Number

11

**FOURTH CAUSE OF ACTION**

( _____ )
*insert title of cause of action*

(As against Defendant(s): _____
_____ )

_____
*Insert ¶ #*

_____
*Insert ¶ #*

_____
*Insert ¶ #*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

*Insert ¶#* A preliminary Permanent Injunction enjoining Defendants and her agents from Serving Plaintiff's person, house, papers, and effects without a warrant by a court issued upon a competent cognizant jurisdiction, upon probable cause, supported by oath and affirmation and particularly describing the place to be searched and the persons to be seized

*Insert ¶#*

*Insert ¶#*

*Insert ¶#*

Dated: August 08 2012

Sign: _____

Print Name: Christopher Ogi Darkwa

Page Number

13

**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christopher Oji Darkins<br><br>PLAINTIFF(S)<br>v.<br><br>Janet See Attachment<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-6845-SVW(SHx)<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Christopher Oji Darkins_____, whose address is _1055 N Vignes Street General Delivery Los Angeles, Ca. 90012_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: __8/8/12_____    By: _____
                                    Deputy Clerk

                                    (Seal of the Court)

**FOR OFFICE USE ONLY**

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

FILED

1 | Name: Christopher Oji Darkins
    Sui Curtis, Inlesse In Propria Persona
2 | Address: 1055 N Vignes St General Delivery
3 | Los Angeles CA 90012
4 | Phone: 424 653 6258
5 | Plaintiff In Pro Per

2012 AUG -8 PM 4: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Christopher Oji Darkins,
         PLAINTIFF,

vs.

Janet Napolitano, Individually
and in her official capacity as
executive representative of the
department of homeland security

         DEFENDANT(S).

Case CV12-6845 SVW (SHx)
(To be supplied by the Clerk)

COMPLAINT FOR:
Trespass on Fundamental
Rights Permanent Injunction
to enjoin Trespass on Fundamental
Rights

Jury Trial Demanded: ☐ Yes ☒ No
Three Judge Court Requested

I. JURISDICTION

1. This Court has jurisdiction under Article III of the Constitution For the United States of America

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is Stephen J. Hillman.

The case number on all documents filed with the Court should read as follows:

```
CV12- 6845 SVW (SHx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Christopher Oji Darkins, Sui Juris In Esse

**DEFENDANTS**
Janet Napolitano, individually and in her Ministerial capacity as the executive representative of the DEPARTMENT OF HOMELAND SECURITY

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff ☐ 3 Federal Question (U.S. Government Not a Party)
✓ 2 U.S. Government Defendant ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

✓ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ✓ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ✓ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
TRESPASS ON FUNDAMENTAL RIGHTS

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| | | | ☐ 441 Voting | | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | IMMIGRATION | ☐ 446 American with Disabilities - Other | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**CV12-6845**

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☑ ☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| District of Columbia | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Pulaski County Arkansas<br>Pima County Arizona |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date August 08, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |