UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-6845-SVW-SH | Date | July 17, 2013 |
|---|---|---|---|
| Title | Christopher Oji Darkins v. Janet Napolitano | | |

## JS-6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    IN CHAMBERS ORDER Re DISMISSAL OF ACTION [8]

On August 9, 2012, this Court denied Plaintiff's application for a temporary restraining order and ordered Defendant to serve Defendant Napolitano within 120 days. On April 24, 2013, this Court issued an order to show cause as to why this action should not be dismissed for lack of prosecution; Plaintiff filed a response on May 8, 2013, in which he indicated that he was unaware that he was required to serve Defendant within 120 days, and asked for an additional 60 days to serve the complaint. On May 13, 2013, this Court granted Plaintiff's request and gave him an additional sixty days to serve Defendant and file a proof of service of the summons and complaint, and indicated that failure to do so would result in dismissal of this action.

Plaintiff has yet to file any proof of service; thus, this Court DISMISSES Plaintiff's complaint WIHTOUT PREJUDICE for failure to comply with this Court's May 13, 2013 Order. <u>See</u> Local Rule 83-7.

|  | : |
|---|---|
| Initials of Preparer | PMC |